UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/09
```

MICHAEL MCGRATH, *et al.*,

                      Plaintiffs,

-v-

THE PEOPLE'S REPUBLIC OF CHINA, *et al.*,

                      Defendants.

No. 08 Civ. 7404 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      As stated at the conference held before the Court on March 3, 2009, the Court HEREBY ORDERS that:

1. Plaintiffs' time to effectuate service against Defendant The People's Republic of China ("China") is extended until March 31, 2009; and

2. Defendants' time to implead any third parties is extended until March 31, 2009; and

3. The Parties must submit a joint status letter to be *received* by the Court no later than Friday, April 3, 2009, which should include the following information: (a) whether service against China has been effectuated; (b) whether Defendants have impleaded any third party; and (c) any other information the Parties deem relevant to this matter; and

4. The Parties must also submit, in addition to the joint status letter, a revised case management plan, to be *received* by the Court no later than Friday, April 3, 2009; and

5. The Court will hold a conference on Monday, April 13, 2009 at 4:45 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:  March 3, 2009
        New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE